COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Christus Health Gulf Coast d/b/a Christus St. Catherine Hospital, Relator

Appellate case number:   01-13-00983-CV

Trial court case number: 2013-19390

Trial court:             11th District Court of Harris County

On November 14, 2013, relator, Christus Health Gulf Coast d/b/a Christus St. Catherine Hospital, filed a petition for writ of mandamus. On January 6, 2014, relator filed a "Revised Motion for Emergency Stay." Relator's revised motion for emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
                   ☒ Acting individually     ☐ Acting for the Court

Date: January 7, 2014